1 ANN M. ASIANO, BAR NO. 94891
MARK R. GIBSON, BAR NO. 212222
2 BRADLEY, CURLEY, ASIANO, BARRABEE & CRAWFORD, P.C.
1100 Larkspur Landing Circle, Suite 200
3 Larkspur, California 94939
Telephone: (415) 464-8888
4 Facsimile: (415) 464-8887

5 Attorneys for Defendant
CITY OF SAUSALITO

8       UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA

11 ELLEN LIEBER                    )    No. C05-04421 JCS
                                   )
12              Plaintiff,         )    **STIPULATION AND [PROPOSED] ORDER**
                                   )    **EXTENDING TIME FOR DEFENDANT**
13       v.                        )    **CITY OF SAUSALITO TO ANSWER**
                                   )    **PLAINTIFF'S COMPLAINT**
14 CITY OF SAUSALITO; and DOES 1-50, )
   Inclusive                       )
15                                 )
                Defendants.        )
16                                 )

22      Plaintiff ELLEN LIEBER through her undersigned counsel, and defendant CITY OF

23 SAUSALITO stipulate as follows:

24 1.   Defendant CITY OF SAUSALITO is granted an extension of time to and including

25      December 12, 2005, to answer plaintiff's complaint.

26      This Stipulation may be executed in faxed counterparts, all of which together shall

27 constitute one original document.

28      IT IS SO STIPULATED.

BRADLEY, CURLEY,
ASIANO, BARRABEE &
CRAWFORD, PC
1100 Larkspur Landing
Circle, Suite 200
Larkspur, CA 94939
TEL (415) 464-8888
FAX (415) 464-8887

- 1 -

STIPULATION EXTENDING TIME FOR DEFENDANT TO ANSWER PLAINTIFF'S COMPLAINT

| | | |
|---|---|---|
| 1 | Dated: November 28, 2005 | BRADLEY, CURLEY, ASIANO, BARRABEE & CRAWFORD, P.C. |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ |
| 5 | | MARK R. GIBSON<br>Attorney for Defendant<br>CITY OF SAUSALITO |
| 6 | | |
| 7 | | |
| 8 | Dated: November   , 2005 | THIMESCH LAW OFFICES |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | By: /s/<br>TIMOTHY THIMESCH |
| 13 | | Attorney for Plaintiff<br>ELLEN LIEBER |
| 14 | | |
| 15 | IT IS SO ORDERED: | |
| 16 | | |
| 17 | Dated: Nov. 30, 2005 | |
| 18 | | Joseph C. Spero<br>United States Magistrate Judge |

BRADLEY, CURLEY,
ASIANO, BARRABEE &
CRAWFORD, PC
1100 Larkspur Landing
Circle, Suite 200
Larkspur, CA 94939
TEL (415) 464-8888
FAX (415) 464-8887

- 2 -

STIPULATION EXTENDING TIME FOR DEFENDANT TO ANSWER PLAINTIFF'S COMPLAINT