E-filing

**Thimesch Law Offices**
TIMOTHY S. THIMESCH, Esq. (No. 148213)
GENE FARBER, Esq. (No. 44215)
171 Front Street, Suite 102
Danville, CA 94526
Direct: (925) 855-8235
Facsimile: (925) 855-8435
thimesch@sbcglobal.net

Attorneys for Plaintiff ELLEN LIEBER

ANN M. ASIANO, ESQ.
MARK R. GIBSON, ESQ.
BRADLEY, CURLEY, ASIANO, BARRABEE
 & CRAWFORD, P.C.
1100 Larkspur Landing Circle, Suite 200
Larkspur, California 94939
Telephone: (408) 277-4454

Attorneys for Defendants
CITY OF SAUSALITO

FILED
MAR 2 0 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ELLEN LIEBER,

    Plaintiff,

v.

CITY OF SAUSALITO; and DOES 1-50,

    Defendants.

CASE NO. C-O5-04421 MJJ
Civil Rights

**STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

Current Conference Date:
Date:    March 21, 2006
Time:    2:00 PM
Place:    Courtroom 11, 19th Fl
Judge:    Hon. Martin J. Jenkins

Plaintiff Ellen Lieber and Defendant City of Sausalito, by and through their attorneys of record, hereby stipulate and request that the Case Management Conference (currently set for March 21, 2006) be rescheduled to April 25, 2006 at ~~10:30 a.m.~~ *2:00 pm*. Good cause exists. Plaintiff's counsel represents that he is unavailable on the currently scheduled date as he is engaged in trial, i.e., Lieber v. Superior Court (Contra Costa Case No. 04-973), which is scheduled to last through approximately March 29, 2006. The extra time requested will allow the parties room to continue their efforts toward a negotiated resolution. The experts have met on site and are in

Stipulation and Order to Continue Case Management Conference:
Case No. C-O5-04421 MJJ

1 | the process of exchanging expert information.

3 | Dated: March 15, 2006

**Thimesch Law Offices**
TIMOTHY S. THIMESCH

*/s/ Tim Thimesch*

Attorneys for Plaintiff
ELLEN LIEBER

8 | Dated: 3-16-06

ANN M. ASIANO, ESQ.
MARK R. GIBSON, ESQ.
BRADLEY, CURLEY, ASIANO, BARRABEE &
CRAWFORD, P.C.

I attest that defense counsel has approved and signed this document, and given consent to the filing of the same with the court

//authorized signature//
Attorneys for Defendant
CITY OF SAUSALITO

I attest that defense counsel has approved and signed this document, and given consent to the filing of the same with the court

*/s/ Tim Thimesch*

**ORDER**

SO ORDERED.

Dated: 3/20/2006

*/s/*
HON. MARTIN J. JENKINS
UNITED STATES DISTRICT COURT JUDGE