Thimesch Law Offices
TIMOTHY S. THIMESCH, Esq. (No. 148213)
GENE FARBER, Esq. (No. 44215)
171 Front Street, Suite 102
Danville, CA 94526
Direct: (925) 855-8235
Facsimile: (925) 855-8435
thimesch@sbcglobal.net

Attorneys for Plaintiff ELLEN LIEBER

ANN M. ASIANO, ESQ.
MARK R. GIBSON, ESQ.
BRADLEY, CURLEY, ASIANO, BARRABEE
    & CRAWFORD, P.C.
1100 Larkspur Landing Circle, Suite 200
Larkspur, California 94939
Telephone: (408) 277-4454

Attorneys for Defendants
CITY OF SAUSALITO

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ELLEN LIEBER,

  Plaintiff,

v.

CITY OF SAUSALITO; and DOES 1-50,

  Defendants.

CASE NO. C-05-04421 MJJ
Civil Rights

**FURTHER STIPULATION AND** ~~PROPOSED~~
**ORDER TO CONTINUE CASE**
**MANAGEMENT CONFERENCE**

Current Conference Date:
Date: April 25, 2006
Time: 2:00 PM
Place: Courtroom 11, 19th Fl
Judge: Hon. Martin J. Jenkins

  Plaintiff Ellen Lieber and Defendant City of Sausalito, by and through their attorneys of record, hereby stipulate and request that the Case Management Conference (currently set for April 25, 2006) be rescheduled to May 30, 2006 at 10:30 a.m. The parties could use further time and good cause exists. Plaintiff's counsel represents that he has been engaged in an extended trial. Plaintiff has now supplied the defense with an expert's report. The parties request further time to meet and confer and continue their efforts toward a negotiated

////

---

**Further Stipulation and Order to Continue Case Management Conference:**
Case No. C-05-04421 MJJ

1 | resolution.
2 |
3 | Dated: April 13, 2006

**Thimesch Law Offices**
TIMOTHY S. THIMESCH

*/s/ Tim Thimesch/*

Attorneys for Plaintiff
ELLEN LIEBER

8 | Dated: 4-13-06

ANN M. ASIANO, ESQ.
MARK R. GIBSON, ESQ.
BRADLEY, CURLEY, ASIANO, BARRABEE & CRAWFORD, P.C.

I attest that defense counsel has approved and signed this document, and given consent to the filing of the same with the court

//authorized signature//
Attorneys for Defendant
CITY OF SAUSALITO

I attest that defense counsel has approved and signed this document, and given consent to the filing of the same with the court

*/s/ Tim Thimesch/*

**ORDER**

SO ORDERED.

Dated: 4/13/2006

*/s/ Martin J. Jenkins/*
HON. MARTIN J. JENKINS
UNITED STATES DISTRICT COURT JUDGE

---

Further Stipulation and Order to Continue Case Management Conference:
Case No. C-05-04421 MJJ                                                    — 2 —