**Thimesch Law Offices**
TIMOTHY S. THIMESCH, ESQ., No. 148213
GENE A. FARBER, ESQ., No. 44215 – Of Counsel
158 Hilltop Crescent
Walnut Creek, CA 94597-3452
Tel: 925-588-0401
Fax: 888-210-8868

Attorneys for Plaintiff
ELLEN LIEBER

ANN M. ASIANO, ESQ., No. 94891
MARK R. GIBSON, ESQ., No. 212222
GREGORY MACDONALD, ESQ., No. 226537
BRADLEY, CURLEY, ASIANO, BARRABEE
    & CRAWFORD, P.C.
1100 Larkspur Landing Circle, Suite 200
Larkspur, California 94939
Telephone:  (415) 464-8888
Facsimile:  (415) 464-8887

Attorneys for Defendant
CITY OF SAUSALITO

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN LIEBER,<br><br>          Plaintiff,<br><br>v.<br><br>CITY OF SAUSALITO; and DOES 1-50, Inclusive,<br><br>          Defendants._____/ | CASE NO. C05-04421 MJJ<br>Civil Rights<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL AND JOINT CONSENT FOR REFERRAL TO MAGISTRATE JUDGE EDWARD M. CHEN FOR ALL REMAINING PURPOSES** |

The parties are pleased to report that thanks to the efforts of Magistrate Judge Edward M. Chen at Settlement Conference, they have reached a complete settlement in all respects, including Plaintiff's claims for injunctive relief, statutory damages, and reasonably statutory attorney fees, litigation expenses and costs.  The parties reached an on-the-record agreement, which has been subsequently memorialized by written agreement.  As a part of the agreement, the parties agreed that, after dismissal, to consent to the referral of this matter to Magistrate Judge Chen, who will maintain continuing jurisdiction to interpret and enforce the settlement agreement.

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401

**Request for Dismissal and Joint Consent:**
**Case No. C05-04421 MJJ**

1  Therefore, the parties request that this Court dismiss the action with prejudice, that the
2  Court maintain continuing jurisdiction to interpret and enforce the settlement agreement, and that
3  the Court refer the matter to Magistrate Judge Chen for all remaining such purposes.

5  Dated: October 3, 2006

Thimesch Law Offices
TIMOTHY S. THIMESCH, ESQ.
GENE FARBER, ESQ. – Of Counsel

*/s/ Tim Thimesch*

Attorneys for Plaintiff
ELLEN LIEBER

10  Dated: MAY 3, 2007

ANN M. ASIANO, ESQ.
MARK R. GIBSON, ESQ.
GREGORY MACDONALD, ESQ.
BRADLEY CURLEY ASIANO BARRABEE & CRAWFORD, P.C.

/s/ Authorized Signed
Attorneys for Defendant
CITY OF SAUSALITO

17  SO ORDERED.

19  Dated: 5/4/2007

*/s/ Martin J. Jenkins*

HON. MARTIN J. JENKINS
U.S. DISTRICT MAGISTRATE JUDGE